**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-718**

---

In Re: BRYANT LEGREE,

Petitioner.

---

On Petition for Writ of Mandamus. (CR-93-92)

---

Submitted: November 20, 1997      Decided: December 18, 1997

---

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Bryant Legree, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

PER CURIAM:

Petitioner filed a mandamus petition alleging delay in the district court in ruling on his motion for reduction of sentence. The district court has since denied the motion. <u>United States v. Legree</u>, No. CR-93-92 (D.S.C. Sept. 30, 1997). Accordingly, although we grant Petitioner's motion to proceed in forma pauperis, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

2